UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED

FEB 19 2026

Nathan Ochsner
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | **V-26-012** |
| CRISTIAN ALEJANDRO LOPEZ ZARATE | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

On or about January 10, 2025, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

CRISTIAN ALEJANDRO LOPEZ ZARATE,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved more than five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, that is, approximately eight thousand nine-hundred and seventy-four hundredths (8,974) grams of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney